IN THE SUPREME COURT OF PENNSYLVANIA

16 MC. 0108

IN RE: ATTORNEYS : No. 48 INC
ADMINISTRATIVELY SUSPENDED :
PURSUANT TO RULE 111(b), :
Pa.R.C.L.E. :

FILED
APR 21 2016
MICHAEL E. KUNZ, Clerk
By_____ Dep Clerk

O R D E R

**PER CURIAM:**

AND NOW, this 17th day of November, 2015, the attorneys named on the attached list are administratively SUSPENDED pursuant to Pa.R.C.L.E. 111(b). The suspensions shall be effective thirty days after the date of this Order, pursuant to Pa.R.D.E. 217.

A True Copy John A. Vaskov
As of: November 17, 2015
Attest: John A Vaskov
Deputy Prothonotary
Supreme Court of Pennsylvania

```
DATE: 12/16/2015              PENNSYLVANIA CONTINUING LEGAL EDUCATION                    PAGE: 15
TIME: 15:32:11                          NON-COMPLIANT LAWYERS
USER ID: jilgenfr
                                              ACTIVE

REPORT:  ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302015 GROUP 1


Out Of State                  49824   Beckman, Darryl Scott
                             202705   Beddingfield, Julia Brooke
                              65933   Burkman Jr., John Macauley
                             313347   Chou, Andrew YuiGuo
                              57014   Chuey-Cosca, Mary Kay
                             205365   Clifford, James Reynolds
                              51567   Colton, Jerrold Douglas
                              14152   Dougherty, J. Allen
                             202656   Dugan, Sean FX
                             312809   Labayen, Michelle Ann
                              79925   McCrink, Krisden M.
                              48209   Mendez Jr., Joaquin
                             315015   Moles, Justin Michael
                              94337   Nolan, John M.
                              75070   O'Donnell, Dennis Raymond
                              88917   Pina II, Stephen A.
                             313348   Porter, Alicia Ann
                             209695   Riaz, Ahmed Muhammad Tambra
                             209298   Shea, Christina Marie Adinolfi
                             312424   Siclari, Joseph Anthony
                              50998   Tobolsky, Frank N.
                             203714   Todd, Danielle Christina


                    COUNT OF ATTORNEYS FOR ACTIVE STATUS IS 59
```